No. 168. MARTÍNEZ, PETITIONER, *v.* CROSAS, DISTRICT JUDGE, RESPONDENT.—Certiorari. Aguadilla. October 22, 1917. *Petition denied.*

---

No. 64. EX PARTE BAIGES, PETITIONER.—Habeas Corpus. October 24, 1917. *Petition denied.*

---

No. 1744. MATIENZO, APPELLANT, *v.* CID, APPELLEE.—Unlawful Detainer. San Juan, Section 2. November 7, 1917. *Appeal withdrawn.*

---

No. 1745. LÓPEZ, APPELLEE, *v.* SUCCESSION OF PLAUD ET AL., APPELLANTS.—Filiation. Guayama. November 8, 1917. *Dismissed for lack of transcript of record.*

---

No. 165. FELIÚ, PETITIONER, *v.* CUEVAS ZEQUEIRA, DISTRICT JUDGE, RESPONDENT.—Mandamus. November 9, 1917. *Petition denied.*

---

No. 1739. ALEJANDRO, APPELLEE, *v.* JUNCOS ET AL., APPELLANTS.—Filiation. Nullity of Will. Humacao. November 9, 1917. *Dismissed.*

---

No. 1748. GIERBOLINI, APPELLEE, *v.* RODRÍGUEZ ET AL. (TORRES & ENSEÑAT, APPELLANTS).—Action of Debt. Ponce. November 9, 1917. *Dismissed for lack of transcript of record.*

---

No. 1189. PEOPLE, APPELLEE, *v.* ESCAPE, APPELLANT.—False Representation. Ponce. November 9, 1917. *Affirmed.*